IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN T. PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:10-CV-1288-WMA-TMP |
| | ) |
| CLERK BONNIE HAWKINS, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 6, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 1st day of September, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE